1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                Case No.  6:25-mj-00044-HBK-1

12         v.                                  ORDER GRANTING MOTION FOR
                                               CONTINUANCE
13    JEM GOETHALS,
                                               (Doc. No.  5)
14              Defendant.

15

16         Pending before the Court is defendant's motion to continue his December 9, 2025 status

17   conference, which he sent by email on December 3, 2025.  (Doc. No. 5).  Plaintiff requests a

18   continuance because he has not yet retained counsel.  (*Id*.).

19         "It is the province of the district court to manage its docket."  *United States v. Ottens*, 74

20   F.3d 357, 359 (1st Cir. 1996); (citing *Unites States v. Devin*, 918 F.2d 280, 291 (1st Cir. 1999).

21   When confronted with a motion to continue a "court is likely to take into account prior

22   continuances and such other facts as 'the amount of time needed for effective preparation, the

23   amount of time actually available for preparation, the amount of time previously available for

24   preparation and how assiduously the movant used that time, the extent to which the movant has

25   contributed to his perceived predicament, the complexity of the case, the availability of other

26   sources, [and] the probable utility of a continuance…'"  *Ottens*, 74 F.3d at 359-60; (quoting

27   *United States v. Saccoccia*, 58 F.3d 754, 770 (1st Cir. 1995).

28         This is defendant's first request for a continuance.  (*See* docket).  On October 15, 2025,

defendant was arrested and charged with violating 36 CFR 2.35(c) – being present in a park when under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another person, or damage property or park resources.  (Doc. No. 1).  At defendant's initial appearance held on October 16, 2025, the Court found defendant financially did not qualify for court appointed counsel.  (Doc. No. 2).  Thus, the Cout will continue the status conference to afford defendant additional time to locate counsel should he wish to be represented by counsel in the defense of this action.

Accordingly, it is ORDERED:

1.  Plaintiff's motion to continue (Doc. No. 5) is GRANTED.

2.  The Court CONTINUES defendant's first status conference currently scheduled for Tuesday, December 9, 2025 at 10:00 A.M. in Yosemite to **Tuesday, January 13, 2026 at 10:00 A.M. at the United States Courthouse, 2500 Tulare Street, Fresno, Courtroom Two**.

3.  The Clerk shall provide a copy of this Order to defendant, who is not a CMECF participant, by mail and email.

Dated:    December 4, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2